Mark L. Eisenhut, Bar No. 185039
Michael S. Orr, Bar No. 196844
CALL & JENSEN
A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA  92660
Tel: (949) 717-3000
Fax: (949) 717-3100
meisenhut@calljensen.com
msorr@calljensen.com

Attorneys for Defendant Del Taco LLC sued as Del Taco Inc.

**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE CROSS; JON CARPENTER, <br><br> Plaintiffs, <br><br> vs. <br><br> DEL TACO INC; AND DOES 1 THROUGH 10, Inclusive, <br><br> Defendants. | Case No.  SACV09-893 AG (MLGx) <br><br> **ORDER TO DISMISS ACTION** |

Complaint Filed: August 4, 2009
Trial Date: None Set

**IT IS HEREBY ORDERED** that Plaintiffs Diane Cross and Jon Carpenter's ("Plaintiffs") complaint against Defendant Del Taco LLC sued as Del Taco Inc. ("Defendant") be dismissed with prejudice, that the class claims be dismissed without prejudice, and each party bear its own costs and fees.

Dated: September 17, 2010

_____
Hon. Andrew J. Guilford
United States District Judge